**In re the MARRIAGE OF Deanna J. MAJESKI and Frank R. Majeski.**

**Deanna J. Majeski, Petitioner/Respondent,**

v.

**Frank R. Majeski, Respondent/Appellant.**

**No. ED 95757.**

Missouri Court of Appeals, Eastern District, Division Two.

Dec. 6, 2011.

Craig G. Kallen, III, Patrick W. Pedano, Kallen Law Firm, LLC, Town & Country, MO, for appellant.

Amanda B. McNelley, Green Cordonnier & House, LLP, Clayton, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

### ORDER

PER CURIAM.

Husband, Frank R. Majeski, appeals from a decree of dissolution of marriage. The judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).